KARIN SWEIGART (SBN: 247462)
Karin.Sweigart@sm-llp.com
JESSE FRANKLIN-MURDOCK (SBN: 339034)
Jesse@sm-llp.com
**SWEIGART MURDOCK, LLP**
1160 Battery St., Ste. 100
San Francisco, CA 94111
Tel.: (415) 873-0123

Attorneys for Plaintiff Kate Adams

**P O R T E R | S C O T T**
Dylan T. De Wit, SBN 327363
ddewit@porterscott.com
Margaux Roush, SBN 366712
mroush@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| KATE ADAMS, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SACRAMENTO, a political subdivision of the state of California; SHERIFF SCOTT JONES in his individual and official capacity as Sheriff of the County of Sacramento, and DOES 1-10, <br><br> Defendants. | Case Number: **2:22-cv-01499-WBS-CSK** <br><br><br> **STIPULATION PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND ORDER** |

Stipulation Permitting Plaintiff to File
Second Amended Complaint and Order

Case No. 2:22-cv-01499-WBS-CSK

## STIPULATION PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

The parties, Kate Adams ("Plaintiff"), and the County of Sacramento and Sheriff Scott Jones (together, "Defendants"), by and through their respective counsel of record, stipulate as follows:

1. The United States Supreme Court recently denied Plaintiff Kate Adam's petition for a writ of certiorari on her First Amendment retaliation claims for relief. (ECF No. 56.) The mandate has issued, and this action has been returned to this Court.

2. The parties agree that Plaintiff should file a Second Amended Complaint that contains Plaintiff's remaining claims in this action by April 17, 2026.

3. Plaintiff and Defendant therefore respectfully request that the Court enter the following [Proposed] Order granting Plaintiff leave to file a Second Amended Complaint.

Date: April 13, 2026                    **SWEIGART MURDOCK, LLP**


By: /s/*Jesse D. Franklin-Murdock*
Karin M. Sweigart
Jesse D. Franklin-Murdock

*Counsel for Plaintiff*


Dated:  April 13, 2026                    PORTER SCOTT
A PROFESSIONAL CORPORATION


By: /s/ *Dylan De Wit*
Dylan T. De Wit
Margaux Roush
Attorneys for Defendant

2

Stipulation Permitting Plaintiff to File                    Case No. 2:22-cv-01499-WBS-CSK
Second Amended Complaint and Order

## **ORDER**

The Court, having reviewed the parties' Stipulation Permitting Plaintiff to File Second Amended Complaint, and good cause appearing therefor, hereby orders:

1.  Plaintiff Kate Adams has leave of Court to file a Second Amended Complaint by April 17, 2026.

**IT IS SO ORDERED.**

**Dated:  April 13, 2026**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

Stipulation Permitting Plaintiff to File                    Case No. 2:22-cv-01499-WBS-CSK
Second Amended Complaint and Order